UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUY NGUYEN,<br><br>    Petitioner,<br><br>    v.<br><br>L.S. McEWEN, Warden,<br><br>    Respondent. | NO. SACV 12-1435-JSL (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, records on file, and the Amended Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that judgment be entered granting Respondent's motion to dismiss, denying the petition and dismissing this action with prejudice.

DATED: August 30, 2013

    /s/ Spencer Letts
    J. SPENCER LETTS
    United States District Judge