UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUY NGUYEN,<br><br>           Petitioner,<br><br>  v.<br><br>L.S. McEWEN, Warden,<br><br>           Respondent. | No. SACV 12-1435-JSL (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 30, 2013

                                        J. SPENCER LETTS<br>                                     United States District Judge